UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IMPULSIVE MUSIC, UNIVERSAL MUSIC - MGB SONGS, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. and ICE NINE PUBLISHING,

         Plaintiffs,

-against-

C.K. HADDOCKS, INC., CHARLES LUMENFELD and KEITH GRIFFIN,

         Defendants.

Civil Action No. 09-0202

**SATISFACTION OF MONEY JUDGMENT**

---

  WHEREAS, a judgment was entered in the above-entitled action on March 20, 2009 against defendants C.K. HADDOCKS, INC., CHARLES LUMENFELD and KEITH GRIFFIN ("Defendants") in favor of plaintiffs IMPULSIVE MUSIC, UNIVERSAL MUSIC - MGB SONGS, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. and ICE NINE PUBLISHING (the "Plaintiffs"), which judgment included an award of monetary damages in the amount of $15,000.00 (the "Monetary Judgment Amount"), with a further provision that the Monetary Judgment Amount would be deemed to be satisfied in full upon the payment by Defendants of $9,500.00 to Plaintiffs on or before June 5, 2009;

  WHEREAS, the Monetary Judgment Amount has been fully satisfied by Defendants' timely payment to the Plaintiffs of $9,500.00 prior to June 5, 2009;

2256430.1

NOW, THEREFORE, full satisfaction of the said money judgment is hereby acknowledged, and the Clerk of the Court of the is hereby authorized and directed to make an entry on the docket of full and complete satisfaction of said money judgment.

Dated: New York, New York
       June 2, 2009

                                  MITCHELL SILBERBERG & KNUPP LLP

                                  By: _____
                                      Howard H. Weller
                                      Jeffrey M. Movit
                                      12 East 49th Street, 30th Floor
                                      New York, New York 10017
                                      (212) 509-3900

                                      *Attorneys for Plaintiffs*